# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2875

_____

United States of America,                             *

                                   *

          Appellee,                 *

                                   *   Appeal from the United States

        v.                     *   District Court for the

                                   *   District of Nebraska.

Robert John Ironbear, also known as   *

Showtime, also known as Lonno,      *   [UNPUBLISHED]

                                   *

          Appellant.               *

_____

Submitted: February 24, 2011
Filed: March 2, 2011

_____

Before MELLOY, GRUENDER, and BENTON, Circuit Judges.

_____

PER CURIAM.

Robert John Ironbear was sentenced in 2008 to 168 months in prison. The district court[1] later granted the government's Federal Rule of Criminal Procedure 35(b) motion based on Ironbear's substantial assistance, and reduced his sentence to 108 months. Ironbear appeals. Upon careful review, we conclude that we lack jurisdiction to hear his appeal. See United States v. Haskins, 479 F.3d 955, 957 (8th Cir. 2007) (per curiam) (jurisdiction over appeal of Rule 35(b) sentence is governed

_____

[1] The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

by 18 U.S.C. § 3742(a); although defendant framed issue as sentence's overall reasonableness, he was appealing ruling on motion to reduce sentence, and jurisdiction was lacking because he did not satisfy § 3742(a) criteria). Accordingly, we grant counsel leave to withdraw and we dismiss this appeal.

––––––––––––––––––––––––––––––––